UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
ROBERT CORWIN, *individually and on behalf of all* : 
*others similarly situated*, :
: 23-CV-431 (JMF)
Plaintiff, :
: ORDER REGARDING
-v- : NOTICE TO PURPORTED
: PLAINTIFF CLASS
Y-MABS THERAPEUTICS, INC., et al., : MEMBERS
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On January 18, 2023, Plaintiff filed a putative class action on behalf of "all persons or entities who purchased shares of Y-mAbs common stock on the open market, or pursuant to Registration Statements filed with the SEC, during the Class Period October 6, 2020 through October 28, 2022, inclusive, and suffered damages caused by Defendants' violations of the federal securities laws," but excluding "the Defendants herein, officers and directors of Y-mAbs ('Excluded D&Os'), members of the Defendants' and the Excluded D&A's immediate families, affiliates of Y-mAbs, and any entity in which a Defendant or an Excluded D&O has a controlling interest." Docket No. 1. ("Compl."), ¶ 15. The Complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

      Section 78u-4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that "**[n]ot later than 20 days after the date on which the complaint is filed**, the plaintiff or plaintiffs shall cause to be published, in a widely circulated national business-oriented publication or wire service, a notice advising members of the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the purported class period." 15 U.S.C. § 78u-4(a)(3)(A)(i) (emphasis added).

      It is hereby ORDERED that **no later than February 9, 2023**, Plaintiff shall advise the Court in writing of the date and manner in which it published this notice.

      SO ORDERED.

Dated: January 19, 2023
       New York, New York
                                                    JESSE M. FURMAN
                                                United States District Judge