UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE Y-mAbs THERAPEUTICS, INC.
SECURITIES LITIGATION

Civil Action No.: 1:23-cv-00431-JMF

## DECLARATION OF SARAH M. TOPOL IN SUPPORT OF
## DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to 28 U.S.C. § 1746, I, Sarah M. Topol, state as follows:

1.      I am an attorney with the law firm Cooley LLP, counsel for Defendants Y-mAbs Therapeutics, Inc. ("Y-mAbs"), Thomas Gad, Claus Juan Møller San Pedro, and Vignesh Rajah in the above-captioned litigation.  I respectfully submit this declaration in support of Defendants' Motion to Dismiss.  I have personal knowledge of the following and, if called as a witness, would testify competently thereto.

2.      **Exhibit 1** is a true and correct copy of Y-mAbs's Form 10-K for the year ended December 31, 2019 filed with the U.S. Securities and Exchange Commission ("SEC") on March 12, 2020.  It is publicly available at https://www.sec.gov/Archives/edgar/data/1722964/000155837 020002551/ymab-20191231x10k.htm.

3.      **Exhibit 2** is a true and correct copy of a Y-mAbs press release dated October 5, 2020.  It is publicly available at https://ir.ymabs.com/news-releases/news-release-details/y-mabs-provides-regulatory-update-omburtamab-treatment-patients and is referenced in paragraphs 7, 91, and 102 of the Amended Complaint.

4.      **Exhibit 3** is a true and correct copy of the transcript of a special call held by Y-mAbs on October 6, 2020.  It is referenced in paragraphs 7 and 95 of the Amended Complaint.

5.      **Exhibit 4** is a true and correct copy of the transcript of a Q3 2020 earnings call held by Y-mAbs on November 6, 2020.  It is referenced in paragraph 107 of the Amended Complaint.

6.      **Exhibit 5** is a true and correct copy of Y-mAbs's Form 10-K for the year ended December 31, 2020 filed with the SEC on March 1, 2021.  It is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001722964/000155837021002172/ymab-20201231x10k.htm.

7.      **Exhibit 6** is a true and correct copy of the transcript of a Q1 2021 earnings call held by Y-mAbs on May 7, 2021.  It is referenced in paragraph 120 of the Amended Complaint.

8.      **Exhibit 7** is a true and correct copy of the transcript of a special call held by Y-mAbs December 15, 2021.  It is referenced in paragraph 129 of the Amended Complaint.

9.      **Exhibit 8** is a true and correct copy of Y-mAbs's Form 10-K for the year ended December 31, 2021 filed with the SEC on March 1, 2022.  It is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001722964/000155837022002567/ymab-20211231x10k.htm.

10.      **Exhibit 9** is a true and correct copy of a Y-mAbs press release dated April 27, 2022. It is publicly available at https://ir.ymabs.com/news-releases/news-release-details/y-mabs-announces-executive-management-changes-and-provides-2022 and referenced in paragraph 147 of the Amended Complaint.

11.      **Exhibit 10** is a true and correct copy of a Y-mAbs press release dated May 31, 2022.  It is publicly available at https://ir.ymabs.com/news-releases/news-release-details/y-mabs-announces-fda-acceptance-biologics-license-application.

12.      **Exhibit 11** is a true and correct copy of the transcript of a Q2 2022 earnings call held by Y-mAbs on August 9, 2022.  It is referenced in paragraph 151 of the Amended Complaint.

13.     **Exhibit 12** is a true and correct copy of a Y-mAbs press release dated December 1, 2022.  It is publicly available at https://ir.ymabs.com/news-releases/news-release-details/y-mabs-announces-complete-response-letter-omburtamab-biologics.

14.     **Exhibit 13** is a compilation of true and correct copies of Form 4s that Defendant Thomas Gad filed with the SEC during the putative class period of October 6, 2020 to October 28, 2022.

15.     **Exhibit 14** is a true and correct copy of Y-mAbs's "Sponsor Briefing Document" for the Oncologic Drugs Advisory Committee dated September 27, 2022.  It is publicly available at https://www.fda.gov/media/162617/download.

16.     **Exhibit 15** is a true and correct copy of the transcript of the Oncologic Drugs Advisory Committee Meeting held on October 28, 2022.  It is publicly available at https://www.fda.gov/media/164232/download and referenced in paragraph 165 of the Amended Complaint.

17.     **Exhibit 16** is a true and correct copy of *Refusal to File: NDA and BLA Submissions to CDER: Guidance for Industry*, which was published for comment in December 2017 by the U.S. Department of Health and Human Services ("HHS"), U.S. Food and Drug Administration ("FDA"), and the Center for Drug Evaluation and Research ("CDER").  It is publicly available at https://www.fda.gov/media/109758/download.

18.     **Exhibit 17** is a true and correct copy of *Good Review Practice: Refusal To File*, published in the Manual of Policies and Procedures of the CDER, effective as of September 5, 2018.  It is publicly available at https://www.fda.gov/files/about%20fda/published/Good-Review-Practice---Refuse-to-File.pdf.

19.    **Exhibit 18** is a true and correct copy of *Rare Pediatric Disease Priority Review Vouchers: Guidance for Industry*, which was published for comment in July 2018 by HHS, FDA, Center for Biologics Evaluation and Research ("CBER"), CDER, Office of Orphan Products Development, and the Office of Pediatric Therapeutics.   It is publicly available at https://www.fda.gov/media/90014/download.

20.    **Exhibit 19** is a true and correct copy of *Demonstrating Substantial Effectiveness for Human Drug and Biological Products: Guidance for Industry*, which was published for comment in December 2019 by HHS, FDA, CBER, and CDER.  It is publicly available at https://www.fda.gov/media/133660/download and is referenced in paragraphs 44, 48, and 52 of the Amended Complaint.

21.    **Exhibit 20** is a true and correct copy of the *Learn About FDA Advisory Committees* page of FDA's website, last accessed July 7, 2023.   It is publicly available at https://www.fda.gov/patients/about-office-patient-affairs/learn-about-fda-advisory-committees.

22.    **Exhibit 21** is a true and correct copy of *Ethical Considerations for Clinical Investigations of Medical Products Involving Children: Guidance for Industry, Sponsors, and IRBs*, which was published for comment in September 2022 by HHS, FDA, CBER, CDER, Office of Orphan Products Development, the Office of Pediatric Therapeutics, and the Center for Devices and Radiological Health.  It is publicly available at https://www.fda.gov/media/161740/download.

23.    **Exhibit 22** is a true and correct copy of the *Breakthrough Therapy* page of FDA's website, last accessed on July 7, 2023.  It is publicly available at https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/breakthrough-therapy.

24.     **Exhibit 23** is a true and correct copy of the *Fast Track* page of FDA's website, last accessed on July 7, 2023.  It is publicly available at https://www.fda.gov/patients/fast-track-breakthrough-therapy-accelerated-approval-priority-review/fast-track.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on July 11, 2023 in New York, New York.

                                                     __/s/ *Sarah M. Topol*__
                                                            Sarah M. Topol