June 6, 2024

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

Re:    *In re Y-mAbs Therapeutics, Inc. Securities Litigation*, Case No. 1:23-cv-00431-AS

Dear Judge Subramaniam:

        The parties in the above-captioned action jointly submit this letter-motion to request that the Court vacate all litigation deadlines and conferences and stay proceedings pending the parties' documentation of a settlement. The parties executed a settlement term sheet on June 5, 2024, and are now working on fully documenting the settlement. Plaintiff expects to file a motion for preliminary approval by July 3, 2024.

        Respectfully submitted,


**POMERANTZ LLP**                                     **COOLEY LLP**

By: */s/ Michael J. Wernke*                           By: */s/ Aric H. Wu*
Jeremy A. Lieberman                                   Aric H. Wu
Michael J. Wernke                                     Sarah M. Topol
jalieberman@pomlaw.com                                ahwu@cooley.com
mjwernke@pomlaw.com                                   stopol@cooley.com
600 Third Avenue, 20th Floor                          55 Hudson Yards
New York, New York 10016                              New York, NY 10001
Telephone: (212) 661-1100                             Telephone: (212) 479-6000


*Lead Counsel for Plaintiff*                          Koji Fukumura
                                                      10265 Science Center Dr.
                                                      San Diego, CA 92121-1117
                                                      kfukumura@cooley.com
                                                      Telephone: (858) 550-6000


                                                      *Attorneys for Defendants*


cc: All counsel of record (by ECF)