June 6, 2024

Honorable Arun Subramanian
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15A
New York, NY 10007-1312

*Application GRANTED. Absent leave of Court, Plaintiff's motion for preliminary approval should be filed by July 3, 2024. The Clerk of Court is directed to terminate the motion at ECF No. 54.*

*SO ORDERED.*

Arun Subramanian, U.S.D.J.
Date: June 11, 2024

**Re:** *In re Y-mAbs Therapeutics, Inc. Securities Litigation*, Case No. 1:23-cv-00431-AS

Dear Judge Subramaniam:

The parties in the above-captioned action jointly submit this letter-motion to request that the Court vacate all litigation deadlines and conferences and stay proceedings pending the parties' documentation of a settlement. The parties executed a settlement term sheet on June 5, 2024, and are now working on fully documenting the settlement. Plaintiff expects to file a motion for preliminary approval by July 3, 2024.

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
jalieberman@pomlaw.com
mjwernke@pomlaw.com
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100

*Lead Counsel for Plaintiff*

**COOLEY LLP**

By: */s/ Aric H. Wu*
Aric H. Wu
Sarah M. Topol
ahwu@cooley.com
stopol@cooley.com
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6000

Koji Fukumura
10265 Science Center Dr.
San Diego, CA 92121-1117
kfukumura@cooley.com
Telephone: (858) 550-6000

*Attorneys for Defendants*

cc: All counsel of record (by ECF)