**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE Y-mAbs THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No.: 1:23-cv-00431-AS |

### NOTICE OF UNOPPOSED MOTION FOR ENTRY OF ORDER PRELIMINARILY APPROVING SETTLEMENT AND ESTABLISHING NOTICE PROCEDURES

PLEASE TAKE NOTICE that Lead Plaintiff Omar Miramontes ("Plaintiff" or "Lead Plaintiff"), individually and on behalf of all others similarly situated, will hereby move this Court on a date and at such time as may be designated by the Honorable Arun Subramanian, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, for entry of an Order: (1) preliminarily certifying the Settlement Class for the purposes of settlement; (2) preliminarily approving the terms of the Settlement as set forth in the Stipulation of Settlement ("Stipulation"), filed concurrently herewith; (3) approving the form and method for providing notice of the Settlement; and (4) scheduling a Settlement Fairness Hearing and deadlines for mailing and publication of the notice, the filing of Settlement Class Member objections, the filing of Settlement Class Member opt-out notices, the filing of Plaintiff's motion for final approval of the Settlement, and the filing of Lead Counsel's application for attorneys' fees and expenses.

This motion is based on this Notice of Unopposed Motion, the Stipulation and all exhibits attached thereto, Plaintiff's supporting Memorandum of Law, all filed contemporaneously herewith, and all pleadings, records, and papers on file herein.

1

Defendants do not oppose the relief requested by this motion. Accordingly, Plaintiff request that the Court enter the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, a copy of which is attached as Exhibit A to the Stipulation.

Dated:  June 27, 2024                                  Respectfully submitted,

/s/  *Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
**POMERANTZ LLP**
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
           mjwernke@pomlaw.com

*Counsel for Omar Miramontes and*
*Lead Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: <i>/s/ Michael J. Wernke</i><br>Michael J. Wernke