**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE Y-mAbs THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No.: 1:23-cv-00431-AS |

**NOTICE OF MOTION FOR FINAL APPROVAL**
**OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 23(e) and this Court's Order Granting Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (ECF No. 59), Lead Plaintiff Omar Miramontes ("Plaintiff"), by his undersigned counsel, hereby moves this Court, before the Honorable Arun Subramanian, United States District Judge of the United States District Court for the Southern District of New York, 500 Pearl St., New York, NY 10007, on October 28, 2024 at 11:00 a.m., for entry of an Order granting final approval of the proposed class action settlement.

This motion is based on this Notice of Motion, Plaintiff's supporting Memorandum of Law, and the Declaration of Michael J. Wernke and exhibits attached thereto, all filed contemporaneously herewith, all pleadings, records, and papers on file herein, and such further argument and briefing as may be presented at or before any hearing. Plaintiff will file a proposed final order and judgment with his reply, to account fully for any requests for exclusions or objections received by the October 7, 2024, deadline.

Dated: October 7, 2024                                Respectfully submitted,

                                                      /s/  *Michael J. Wernke*

1

                    Jeremy A. Lieberman
                    Michael J. Wernke
                    **POMERANTZ LLP**
                    600 Third Avenue, 20th Floor
                    New York, NY 10016
                    Telephone: (212) 661-1100
                    Facsimile: (212) 661-8665
                    Email: jalieberman@pomlaw.com
                           mjwernke@pomlaw.com

*Counsel for Omar Miramontes and*
*Lead Counsel for the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2024, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/ Michael J. Wernke*
Michael J. Wernke