# EXHIBIT 2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE Y-mAbs THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No.: 1:23-cv-00431-AS |

### DECLARATION OF ROBERT C. FINKEL IN SUPPORT OF CLASS COUNSEL'S MOTION FOR APPROVAL OF ATTORNEYS' FEES AND EXPENSES

I, Robert C. Finkel, hereby declare as follows:

1.　　I am a member of the law firm of Wolf Popper LLP ("Wolf Popper"), counsel for the original named plaintiff in this Action, Robert Corwin. I have been personally involved in this litigation, and thus have knowledge of all material matters related to this Action discussed herein. I submit this declaration in support of Class Counsel's application for an award of attorneys' fees as well as reimbursement of expenses incurred by my firm in connection with services rendered in the above-captioned class action (the "Action").[1]

2.　　The information in this declaration regarding my firm's time, included in the schedule attached hereto as Exhibit 1, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business. I am the member who oversaw the work conducted by my firm in this Action. I reviewed the daily time records with an effort to confirm their accuracy. Time expended in preparing the application for fees and expenses has not been included in this report. As a result of this review and adjustments, I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution of the litigation.

3.　　The attorneys' fees and expenses that are the subject of this declaration were incurred from Wolf Popper's initial investigation of the Class's claims and retention by Dr. Corwin, through April 4, 2023, the date that the Lead Plaintiff was appointed by the Court to represent the Class, and concern tasks and actions related to representation of the proposed class, including (a) drafting, filing, and arranging for waiver of service of the initial Complaint (ECF Nos. 1, 10, 11); (b) drafting and issuing the Private Securities Litigation Reform Act ("PSLRA")

---

[1] Unless otherwise stated or defined, all capitalized terms used herein shall have the meanings provided in the Stipulation.

1

required Notice of Pendency of Class Action (*see* 15 U.S. Code § 78u–4(3)(a)(i)); (c) responding to the Court's January 19, 2023 Order concerning the PSLRA Notice (ECF Nos. 5, 6); and (d) negotiating and agreeing with the Defendants on a schedule to extend the time to answer the Complaint until after a lead plaintiff was appointed (ECF Nos. 10, 11). Attorney time and expenses related to Mr. Corwin's motion for appointment as lead plaintiff (ECF Nos. 16-18, 30) have been excluded.

4.      By researching and drafting the initial complaint, issuing the PSLRA Notice, and arranging for service of the initial Complaint, Wolf Popper conferred a significant benefit on the Class.

5.      The total number of hours expended on this Action by my firm's attorneys is 118.70. The total resulting lodestar for my firm is $86,651.00. The schedule attached hereto as Exhibit 1 is a detailed summary indicating the amount of time spent by each attorney of my firm who was involved in this Action, and the lodestar calculation based on my firm's current billing rates. For attorneys and/or staff that are no longer employed by or associated with the firm, their lodestar calculation is based on the attorneys' billing rate as of the last date of the attorneys' employment. The firm's rates are set based on periodic analysis of rates charged by firms performing comparable work both on the plaintiff and defense side.

6.      The hourly rates are the same as, or comparable to, the rates submitted by my firm for lodestar cross-checks in other securities class action litigation for fee applications that have been granted by courts nationwide, and are the same as, or comparable to, the rates charge by my firm and paid by clients for hourly engagements.

7.      My firm's lodestar figures are based upon the Firm's billing rates, which rates do not include charges for expense items. Expense items are billed separately and such charges are not duplicated in my firm's billing rates.

8.      As detailed in Exhibit 2, my firm has incurred a total of $1,384.40 in unreimbursed expenses in connection with the prosecution of this Action.

9.      The expenses incurred in this Action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and are an accurate record of the expenses incurred.

10.     With respect to the standing of my firm, I refer the Court to Wolf Popper's website www.wolfpopper.com and my personal webpage www.wolfpopper.com/team/robert-finkel.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct.


Executed on October 4, 2024.          Respectfully Submitted,


                                      /s/ Robert C. Finkel
                                      Robert C. Finkel

3

**EXHIBIT 1**

**WOLF POPPER TIME REPORT**
**Inception through April 4, 2023**

| NAME | POSITION/TITLE | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **Member / Partner** | | | | |
| Chet B. Waldman | Senior Partner | 1.10 | $990 | $1,089.00 |
| Robert C. Finkel | Senior Partner | 50.80 | $990 | $50,292.00 |
| Joshua W. Ruthizer | Partner | 9.20 | $850 | $7,820.00 |
| **Associates / Attorneys** | | | | |
| Adam Savett | Of Counsel | 5.40 | $750 | $4,050.00 |
| Emer Burke | Associate | 0.70 | $425 | $297.50 |
| Leanna Loginov | Staff Attorney | 22.00 | $425 | $9,350.00 |
| Sandra Vidal-Pellon | Of Counsel | 6.50 | $435 | $2,827.50 |
| **Paralegal / Legal Assistants** | | | | |
| Steven Fleisig | Financial Analyst | 23.00 | $475 | $10,925.00 |
| | **TOTAL LODESTAR:** | 118.70 | | $86,651.00 |

4

**EXHIBIT 2**

**WOLF POPPER EXPENSE REPORT**
**Inception through April 4, 2023**

| CATEGORY | AMOUNT |
|---|---|
| Photocopying/Printing/Scanning | $53.05 |
| Court Fees | $402.00 |
| Online Research (through February 10, 2023) | $729.35 |
| PSLRA Notice of Pendency | $200.00 |
| **TOTAL EXPENSES:** | **$1,384.40** |

5