# EXHIBIT 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE Y-mAbs THERAPEUTICS, INC.
SECURITIES LITIGATION

Civil Action No.: 1:23-cv-00431-AS

## DECLARATION OF OMAR MIRAMONTES

I, Omar Miramontes, declare as follows:

1. I submit this declaration to provide the Court with a description of my efforts in pursuit of this Action, and to express my support for the proposed Settlement, attorneys' fees and expenses, and my request for an award pursuant to the Private Securities Litigation Reform Act ("PSLRA").

2. On April 4, 2023, the Court appointed me as lead plaintiff in the Action. On July 1, 2024, and for settlement purposes only, the Court appointed me as Class Representative for the Settlement Class.

3. As set forth below, I closely monitored and participated in this Action. I was kept apprised of important developments in this matter and provi ded input on significant case decisions and events, including in connection with negotiations regarding the Settlement and ultimately resolving this Action.

### A. My Oversight Of This Action

4. I actively monitored and oversaw this Action. Specifically, throughout the course of this litigation, I engaged in the following activities:

    a. regularly communicated with my lawyers at Pomerantz LLP ("Pomerantz") concerning developments in the case as well as strategic and other aspects of this litigation;

{00632395;1 }

b. requested and received regular updates on material events, such as the preparation of the amended complaint, my appointment as lead plaintiff, Defendants' motion to dismiss, discovery developments, and discussions concerning the potential resolution of this matter;

c. reviewed and discussed with counsel the preparation of various court papers, including the amended complaint, my motion for appointment as lead plaintiff, oppositions to Defendants' motion to dismiss, and responses to discovery requests;

d. gathered documents relevant to the claims in this Action and provided them to my attorneys;

e. provided information to my counsel in response to Defendants' interrogatories;

f. discussed with counsel the potential damages reasonably achievable in this action based on models prepared by the parties' respective experts; and

g. over the course of a mediation session and thereafter, discussed, evaluated and approved the proposed Settlement for $19,650,000 in cash.

## B. My Support Of The Settlement

5. I fully support the proposed Settlement of this Action and believe that it is an excellent result for the Settlement Class.

6. I take seriously my role as Class Representative to ensure that the attorneys' fees are fair in light of the result achieved for the Class and reasonably compensate Class Counsel for the work involved and the substantial risks they undertook in litigating the Action. I evaluated Class Counsel's fee request by considering the work performed and by considering the substantial recovery obtained for the Settlement Class.

7. Class Counsel's fee request for 33% of the Settlement Fund is made in accordance with the retainer agreement I entered into with Pomerantz at the beginning of this Action, which permitted Pomerantz to seek fees not to exceed 33% of any settlement or judgment achieved. I have discussed the requested fee and expense application with Pomerantz and I believe that Class Counsel's application for attorney's fees is fair and reasonable in light of work performed by

Class Counsel on behalf of the Settlement Class, and that the request for Class Counsel's litigation expenses is fair and reasonable. Thus, I support the request.

## C. My Request for An Award Pursuant to The PSLRA

8.     I spent my time pursing the claims in this Action on the following:

a.  Monitoring news of Y-mAbs;

b.  Reviewing initial and amended complaints, and briefing and orders on the motion to dismiss, and responses to Defendants' interrogatories;

c.  Communicating and corresponding with my counsel regarding the litigation and settlement;

d.  Gathering and producing documents to my counsel and gather and producing information to my counsel in response to Defendants' interrogatories;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this _3rd_ day of October 2024.

_____
OMAR MIRAMONTES