# EXHIBIT 4

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| MALLINCKRODT PLC, *et al.*,[1] | Case No. 20-12522 (JTD) |
| Debtors. | Jointly Administered |
| | **Obj. Deadline: June 7, 2022 at 4:00 p.m. (ET)** <br> **Hearing Date: TBD** |

**COVER SHEET TO THE SIXTH INTERIM APPLICATION OF COOLEY LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF MALLINCKRODT PLC, *ET AL.*, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD OF JANUARY 1, 2022 THROUGH <u>MARCH 31, 2022</u>**

| **Basic Information** | |
|---|---|
| Name of Applicant | Cooley LLP |
| Name of Client | Official Committee of Unsecured Creditors of Mallinckrodt plc, *et al*. |
| Petition Date | October 12, 2020 |
| Retention Date | Effective as of October 30, 2020 |
| Date of Order Approving Employment | December 21, 2020 |
| | |
| **Sixth Interim Period** | |
| Time Period Covered | January 1, 2022 through March 31, 2022 |
| Total Hours Billed | 1,449.4 |
| Total Fees Requested | $1,612,165.00 |
| Total Expenses Requested | $136,663.87 |
| Blended Rate (All Timekeepers) | $1,112.30 |
| Blended Rate (All Attorneys)[2] | $1,166.81 |
| Fees Requested over Budgeted Amount (if any) | $0.00 |
| Total Attorneys[3] | 27 |
| Total Attorneys not in Staffing Plan (if any) | 6 |
| Total Attorneys Billing <15 hours (if any) | 10 |
| Rate Increases Not Previously Approved/Disclosed? | No |

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Blvd., Hazelwood, Missouri 63042.

[2] The blended hourly rate for attorneys does not include law clerks.

[3] Does not include law clerks.

1

| Historical Information | |
| --- | ---: |
| Fees Approved to Date by Interim Order[4] | $33,272,010.45 |
| Expenses Approved to Date by Interim Order[5] | $855,353.24 |
| Allowed Fees Paid to Date | $33,700,281.65 |
| Allowed Expenses Paid to Date | $793,345.24 |

This is Cooley LLP's sixth interim fee application in these chapter 11 cases.

The total time expended in connection with the preparation of this fee application is not included herein as such time was expended after the Interim Period.

---

[4] Applicant originally requested (i) $1,986,494.00 in fees in its First Interim Fee Application, (ii) $5,593,877.50 in fees in its Second Interim Fee Application, (iii) $7,814,215.70 in fees in its Third Interim Fee Application, (iv) $8,359,049.40 in fees in its Fourth Interim Fee Application, and (v) $10,240,496.50 in fees in its Fifth Interim Fee Application. The above amount reflects an aggregate fee reduction of $722,122.65 per the U.S. Trustee's and Fee Examiner's responses.

[5] Applicant originally requested (i) $378,490.71 in expenses in its Fourth Interim Fee Application and (ii) $333,559.82 in expenses in its Fifth Interim Fee Application. The above amount reflects an expense reduction of $2,463.84 per the U.S. Trustee and Fee Examiner's responses.

**MONTHLY FEE APPLICATIONS SUBJECT TO THE INTERIM PERIOD**

| Date Filed | Period Covered | Requested | | Approved | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Fees | Expenses | Fees [80%] | Expenses [100%] | Fee Holdback |
| Fifteenth Monthly 3/17/2022 [D.I. 6801] | 1/1/2022-1/31/2022 | $535,339.00 | $87,117.07 | $428,271.20[6] | $87,117.07 | $107,067.80 |
| Sixteenth Monthly 4/1/2022 [D.I. 7015] | 2/1/2022-2/28/2022 | $270,159.00 | $31,771.79 | $216,127.20[7] | $31,771.79 | $54,031.80 |
| Seventeenth Monthly 5/3/2022 [D.I. 7291] | 3/1/2022-3/31/2022 | $806,667.00 | $17,775.01 | $645,333.60[8] | $17,775.01 | $161,333.40 |
| **TOTAL** | | $1,612,165.00 | $136,663.87 | $1,289,732.00 | $136,663.87 | $322,433.00 |

---

[6] A Certificate of No Objection was filed on April 7, 2022 [D.I. 7052].

[7] A Certificate of No Objection was filed on April 22, 2022 [D.I. 7221].

[8] This application pending before the Court.  The objection deadline is May 23, 2022.

3

## COMPENSATION BY TIMEKEEPER DURING THE INTERIM PERIOD

| Name of Professional Person | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jay Indyke | Partner; Member of New York Bar since 1982; Area of Expertise: Bankruptcy | $1,590 | 9.4 | $14,946.00 |
| Cathy Hershcopf | Partner; Member of New York Bar since 1989; Area of Expertise: Bankruptcy | $1,420 | 106.8 | $151,656.00 |
| Philip Bowman | Partner; Member of New York Bar since 2002; Area of Expertise: Business Litigation | $1,360 | 9.0 | $12,240.00 |
| Kathleen Hartnett | Partner; Member of New York Bar since 2003, DC Bar since 2003, and California Bar since 2017; Area of Expertise: Business Litigation | $1,340 | 4.8 | $6,432.00 |
| Ian Shapiro | Partner; Member of New York Bar since 2001; Area of Expertise: Business Litigation | $1,305 | 66.9 | $87,304.50 |
| Jonathan Kim | Partner; Member of New York Bar since 1997 and Nevada Bar since 1997; Area of Expertise: Business Litigation | $1,265 | 14.2 | $17,963.00 |
| Cullen D. Speckhart | Partner; Member of Virginia Bar since 2009, New York Bar since 2010, Missouri Bar since 2016, and DC Bar since 2020; Area of Expertise: Bankruptcy | $1,225 | 45.4 | $55,615.00 |
| Robert Earles | Partner; Member of Illinois Bar since 2012; Area of Expertise: Business Litigation | $1,215 | 4.5 | $5,467.50 |
| Michael Klein | Partner; Member of New York Bar since 2005; Area of Expertise: Bankruptcy | $1,180 | 88.5 | $104,430.00 |
| David Vogel | Special Counsel; Member of DC Bar since 1994 and Virginia Bar since 2002; Area of Expertise: Business Litigation | $1,175 | 2.2 | $2,585.00 |
| Nicholas Flath | Special Counsel; Member of New Bar since 2012; Area of Expertise: Business Litigation | $1,170 | 0.7 | $819.00 |
| Reed Smith | Special Counsel; Member of New York Bar since 1999; Area of Expertise: Business Litigation | $1,165 | 133.3 | $155,294.50 |

---

[9] Applicant's rates are subject to a customary, firm-wide "step-up" on January 1, 2022.

4

| Name of Professional Person | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Erica Richards | Special Counsel; Member of New York Bar since 2007; Area of Expertise: Bankruptcy | $1,165 | 56.8 | $66,172.00 |
| David Kupfer | Associate; Member of New Jersey Bar since 2011 and New York Bar since 2012; Area of Expertise: Business Litigation | $1,155 | 48.8 | $56,364.00 |
| Robert Jacques | Associate; Member of Georgia Bar since 2013 and DC since 2016; Area of Expertise: Insurance | $1,155 | 0.9 | $1,039.50 |
| Summer McKee | Associate; Member of New York Bar since 2015; Area of Expertise: Bankruptcy | $1,155 | 298.4 | $344,652.00 |
| Lauren Reichardt | Associate; Member of New York Bar since 2015; Area of Expertise: Bankruptcy | $1,155 | 78.4 | $90,552.00 |
| Evan Lazerowitz | Associate; Member of New Jersey Bar since 2013 and New York Bar since 2014; Area of Expertise: Bankruptcy | $1,140 | 53.3 | $60,762.00 |
| Olya Antle | Associate; Member of Virginia Bar since 2012 and DC Bar since 2020; Area of Expertise: Bankruptcy | $1,115 | 25.6 | $28,544.00 |
| Paul Springer | Associate; Member of New York Bar since 2016; Area of Expertise: Bankruptcy | $1,115 | 124.4 | $138,706.00 |
| Joseph Brown | Associate; Member of New York Bar since 2017 and DC Bar since 2020; Area of Expertise: Bankruptcy | $1,115 | 15.8 | $17,617.00 |
| Charlie Low | Associate; Member of New York Bar since 2017; Area of Expertise: Business Litigation | $1,115 | 30.0 | $33,450.00 |
| Georgina Inglis | Associate; Member of New York Bar since 2018 and DC Bar since 2019; Area of Expertise: Business Litigation | $1,000 | 14.3 | $14,300.00 |
| Courtney Gladstone | Associate; Member of DC Bar since 2017 and Massachusetts Bar since 2020; Area of Expertise: Business Litigation | $1,000 | 5.0 | $5,000.00 |
| Jeremiah Ledwidge | Associate; Member of New York Bar since 2018; Area of Expertise: Bankruptcy | $920 | 32.6 | $29,992.00 |
| Weiru Fang | Associate; Member of New York Bar since 2019; Area of Expertise: Bankruptcy | $920 | 47.6 | $43,792.00 |

5

| Name of Professional Person | Position of the Applicant, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate[9] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Lauren Fowler | Associate; Member of New York Bar since 2021; Area of Expertise: Business Litigation | $720 | 18.6 | $13,392.00 |
| Anne Bigler | Law Clerk | $610 | 19.0 | $11,590.00 |
| Lillian Boodaghians | Law Clerk | $610 | 13.7 | $15,487.00 |
| | | $620 | 11.5 | |
| Mollie Canby | Paralegal | $380 | 63.7 | $24,206.00 |
| Denis Cahir | Paralegal | $350 | 4.1 | $1,435.00 |
| Courtney Fisher | Paralegal | $300 | 1.2 | $360.00 |
| **TOTAL** | | | **1,449.4** | **$1,612,165.00** |
| **Blended Hourly Rate for All Timekeepers** | | | | **$1,112.30** |
| **Blended Rate for Attorneys[10]** | | | | **$1,166.81** |

---

[10] The blended hourly rate for attorneys does not include law clerks.

Case 3:23-cv-00672-WWD Document 302-10 Filed 04/17/24 Page 28 of 102

## TIME BILLED BY PROJECT CATEGORY DURING THE INTERIM PERIOD

| | Subject Matter Categories | Hours Spent | Fees |
|---|---|---|---|
| B01 | Asset Analysis and Recovery | 11.3 | $13,627.50 |
| B02 | Asset Disposition | 1.8 | $2,124.00 |
| B03 | Business Operations | 4.4 | $5,045.00 |
| B04 | Case Administration | 57.6 | $41,396.50 |
| B05 | Claims | 145.8 | $169,831.50 |
| B06 | Employee Benefits and Pensions | 0.8 | $924.00 |
| B07 | Fee/Employment Applications | 4.7 | $4,660.50 |
| B07A | Cooley Fee Applications | 61.1 | $43,360.00 |
| B07B | Cooley Employment Application | 3.0 | $1,410.00 |
| B07D | Other Fee Applications | 0.4 | $438.50 |
| B08 | Fee/Employment Objections | 3.2 | $1,216.00 |
| B10 | Litigation | 301.4 | $324,491.50 |
| B11 | Meetings | 84.3 | $98,603.00 |
| B12 | Plan and Disclosure Statement | 639.6 | $742,190.00 |
| B16 | Business Analysis | 0.8 | $924.00 |
| B18 | Leases and Executory Contracts | 4.7 | $5,491.50 |
| B19 | Preparation For and Attendance at Court Hearings | 76.8 | $91,256.00 |
| B25 | Foreign Proceedings | 1.5 | $2,130.00 |
| B26 | Trust | 46.2 | $63,045.50 |
| | **TOTAL** | **1,449.4** | **$1,612,165.00** |

**COMPARISON OF TIME BUDGETED TO ACTUAL TIME BILLED BY PROJECT CATEGORY DURING THE INTERIM PERIOD**

| Subject Matter Categories | | Budgeted Hours | Actual Hours | Variance (Hours) | Budgeted Fees | Actual Fees | Variance (Fees) |
|---|---|---|---|---|---|---|---|
| B01 | Asset Analysis and Recovery | 250 | 11.3 | (238.7) | $500,000.00 | $13,627.50 | ($486,372.50) |
| B02 | Asset Disposition | 100 | 1.8 | (98.2) | $100,000.00 | $2,124.00 | ($97,876.00) |
| B03 | Business Operations | 400 | 4.4 | (395.6) | $500,000.00 | $5,045.00 | ($494,955.00) |
| B04 | Case Administration | 150 | 57.6 | (92.4) | $250,000.00 | $41,396.50 | ($208,603.50) |
| B05 | Claims | 1,300 | 145.8 | (1,154.2) | $1,400,000.00 | $169,831.50 | ($1,230,168.50) |
| B06 | Employee Benefits/Pensions | 75 | 0.8 | (74.2) | $75,000.00 | $924.00 | ($74,076.00) |
| B07[11] | Fee/Employment Applications | 250 | 69.2 | (180.8) | $500,000.00 | $49,869.00 | ($450,131.00) |
| B08 | Fee/Employment Objections | 75 | 3.2 | (71.8) | $75,000.00 | $1,216.00 | ($73,784.00) |
| B09 | Financing and Cash Collateral | 100 | 0.0 | (100.0) | $100,000.00 | $0.00 | ($100,000.00) |
| B10 | Litigation | 850 | 301.4 | (548.6) | $900,000.00 | $324,491.50 | ($575,508.50) |
| B11 | Meetings | 100 | 84.3 | (15.7) | $100,000.00 | $98,603.00 | ($1,397.00) |
| B12 | Plan and Disclosure Statement | 350 | 639.6 | 289.6 | $500,000.00 | $742,190.00 | $242,190.00 |
| B13 | Relief from Stay Proceedings | 10 | 0.0 | (10.0) | $20,000.00 | $0.00 | ($20,000.00) |
| B14 | Travel | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B15 | Accounting/Auditing | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B16 | Business Analysis | 15 | 0.8 | (14.2) | $25,000.00 | $924.00 | ($24,076.00) |
| B17 | Corporate Finance | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B18 | Leases and Executory Contracts | 25 | 4.7 | (20.3) | $30,000.00 | $5,491.50 | ($24,508.50) |

---

[11] Category total includes the following sub-categories:
(i) B07 – Fee/Employment Applications, with the aggregate fees billed for the Interim Period in the amount of $4,660.50;
(ii) B07A – Cooley Fee Applications, with the aggregate fees billed for the Interim Period in the amount of $43,360.00;
(iii) B07B – Cooley Employment Application with the aggregate fees billed for the Interim Period in the amount of $1,410.00; and
(iii) B07D – Other Fee Applications, with the aggregate fees billed for the Interim Period in the amount of $438.50.

8

| Subject Matter Categories | | Budgeted Hours | Actual Hours | Variance (Hours) | Budgeted Fees | Actual Fees | Variance (Fees) |
|---|---|---|---|---|---|---|---|
| B19 | Preparation For and Attendance at Court Hearings | 75 | 76.8 | 1.8 | $75,000.00 | $91,256.00 | $16,256.00 |
| B20 | Reconstruction Accounting | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B21 | Tax Issues | 75 | 0.0 | (75.0) | $75,000.00 | $0.00 | ($75,000.00) |
| B22 | Valuation | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B23 | Avoidance Actions | 10 | 0.0 | (10.0) | $10,000.00 | $0.00 | ($10,000.00) |
| B24 | Regulatory Compliance | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B25 | Foreign Proceedings | 0 | 1.5 | 1.5 | $0.00 | $2,130.00 | $2,130.00 |
| B26 | Trust | 0 | 46.2 | 46.2 | $0.00 | $63,045.50 | $63,045.50 |
| B27 | Retail | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B28 | Real Estate | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B29 | Intellectual Property | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| B30 | RSA/DIP Milestones | 0 | 0.0 | 0.0 | $0.00 | $0.00 | $0.00 |
| | **TOTAL** | **4,210.0** | **1,449.4** | **(2,760.6)** | **$5,235,000.00** | **$1,612,165.00** | **($3,622,835.00)** |

9

**EXPENSE SUMMARY DURING THE INTERIM PERIOD**

| Expense Category | Amount |
|---|---:|
| Air Fare | $1,001.22 |
| Deposition Fees | $1,897.26 |
| E-Discovery Technology Services / RelOne Database (Relativity) | $11.40 |
| E-Discovery Monthly Services / Storage / Access Fees (TransPerfect Document Management, Inc.) | $67,519.92 |
| FedEx | $24.37 |
| Hotel | $8,646.81 |
| Meals | $21,178.62 |
| Messenger Fees | $309.79 |
| Relativity User Access Fee | $2,925.00 |
| RelOne Data Hosting Fee | $6,485.04 |
| Reproduction of Documents/Binders – Outside Services (Vector Litigation Support, Inc.) | $7,885.93 |
| Research Database / Document Retrieval | $9,167.26 |
| Supplies | $312.32 |
| Train Fare | $313.00 |
| Transportation | $8,985.93 |
| **TOTAL** | **$136,663.87** |

10