**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE Y-mAbs THERAPEUTICS, INC. SECURITIES LITIGATION | Civil Action No.: 1:23-cv-00431-AS |

**SUPPLEMENTAL DECLARATION OF SARAH EVANS CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE; AND**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Sarah Evans, declare as follows:

1.      I am a Project Manager at Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over eight years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred and fifty (550) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**UPDATE ON THE DISSEMINATION OF NOTICE**

2.      Pursuant to the Court's Order Preliminarily Approving Settlement and Providing for Notice, dated July 1, 2024 (ECF No. 59, the "Preliminary Approval Order"), SCS was appointed as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1] I submit this supplemental declaration in order to provide the Court and the Parties with updated

---

[1] All capitalized terms not otherwise defined herein have the meanings set forth in the Stipulation of Settlement, dated as of June 26, 2024 (ECF No. 58, the "Stipulation") or Declaration of Sarah Evans Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Publication Notice; and (C) Report on Requests for Exclusion and Objections, dated October 7, 2024 (Dkt. 64-1, the "Initial Mailing Declaration").

information regarding the notifications to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.  As noted in the Initial Mailing Declaration, SCS mailed or e-mailed 2,302 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.

4.  As of the date of the Initial Mailing Declaration, a total of 8,569 Postcard Notices had been mailed to potential Settlement Class Members, either by SCS or by nominees. Additionally, as noted in the Initial Mailing Declaration, SCS and nominees had sent 5,827 emails with the link to the electronic Long Notice and Proof of Claim to potential Settlement Class Members for whom valid email addresses were available. Since the Initial Mailing Declaration was filed, no additional Postcard Notices have been mailed and no additional emails with the link to the Long Notice and Proof of Claim have been sent.[2] To date, a total of 14,396 potential Settlement Class Members have been notified of the Settlement either by mailed Postcard Notice or emailed link to the Long Notice and Proof of Claim.

### UPDATE ON TOLL-FREE PHONE LINE

5.  The Initial Mailing Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004) for Settlement Class Members to call and obtain information about the Settlement.  SCS continues to promptly respond to each telephone inquiry and will continue to address Settlement Class Members' inquiries through the claims process.

---

[2] As reported in the Initial Mailing Declaration, SCS had received and fulfilled three requests from potential Settlement Class Members to mail them the Long Notice and Proof of Claim. SCS has not received any additional requests to mail the Long Notice and Proof of Claim since the Initial Mailing Declaration was filed.

**UPDATE ON SETTLEMENT WEBPAGE**

6.        As noted in the Initial Mailing Declaration, on July 17, 2024, SCS established a webpage for the Settlement on SCS's website at www.strategicclaims.net/y-mabs.  The website contains information related to the current status of the case, including important case dates such as the date of the Final Approval Hearing, the deadline for requesting exclusion, and the deadline for filing an objection; the online claim filing link; and downloadable copies of important case documents the Long Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation and its Exhibits C, D, E, F, and G. To date, the Settlement webpage has received 1,958 pageviews from 552 unique users.

**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**

7.        The Long Notice, Publication Notice, Postcard Notice, and the Settlement webpage informed potential Settlement Class Members that written requests for exclusion were to be mailed or otherwise delivered to SCS such that they were received no later than October 7, 2024. SCS has been monitoring all mail delivered for this case. As of the date of this declaration, SCS has not received any requests for exclusion.

8.        The Long Notice, Publication Notice, Postcard Notice, and the Settlement webpage also informed Settlement Class Members seeking to object to the proposed Settlement, the Plan of Allocation, the Fee and Expense Award, or the compensatory award to Lead Plaintiff that they were required to submit their objection in writing such that the request was received by Lead Counsel and counsel for Defendants, as well as filed with the Clerk of the Court, no later than October 7, 2024.  As of the date of this declaration, SCS has neither received any misdirected objections nor been notified that Lead Counsel has received any objections.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21st day of October 2024, in Media, Pennsylvania.

_____

Sarah Evans