**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| IN RE Y-mAbs THERAPEUTICS, INC. SECURITIES LITIGATION |

Civil Action No.: 1:23-cv-00431-AS

**NOTICE OF MOTION FOR DISTRIBUTION**
**OF CLASS ACTION SETTLEMENT FUND**

PLEASE TAKE NOTICE that Lead Plaintiff Omar Miramontes ("Plaintiff"), will move this Court for entry of the [Proposed] Order Granting Motion for Distribution of Class Action Settlement Fund ("Class Distribution Order"). Among other things, the Class Distribution Order: (i) approves the Claims Administrator's recommendations accepting and rejecting Claims submitted in the Action; and (ii) directs distribution of the Net Settlement Amount to Authorized Claimants whose Claims have been accepted as valid and approved by the Court. This motion is based on this Notice of Motion; the Memorandum of Law; the Declaration of Sarah Evans Concerning the Results of the Claims Administration Process dated May 20, 2025, and the exhibits thereto; all pleadings and papers filed herein; arguments of counsel; and any other matter properly before the Court. Plaintiff respectfully requests that the Court decide the Motion on the papers and enter the Class Distribution Order.

Dated: May 21, 2025

Respectfully submitted,

/s/  *Michael J. Wernke*
Jeremy A. Lieberman
Michael J. Wernke
**POMERANTZ LLP**
600 Third Avenue, 20th Floor

New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
Email: jalieberman@pomlaw.com
        mjwernke@pomlaw.com

*Counsel for Omar Miramontes and*
*Lead Counsel for the Class*

**GLANCY PRONGAY & MURRAY LLP**
Gregory B. Linkh
230 Park Ave., Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
glinkh@glancylaw.com

Robert V. Prongay
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2025, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/ Michael J. Wernke*
Michael J. Wernke